De Armond v. Ballou.

No. 14,024.

DE ARMOND v. BALLOU.

FRAUDULENT CONVEYANCE.—*Action to Set Aside.*—*Statute of Limitations.*—
*Plea of.*—*Demurrer.*—*Effect.*—Where an answer to an action to set aside
a fraudulent conveyance avers that the cause of action did not accrue
within six years, the plaintiff on demurring to the answer can not re-
ceive aid from his complaint, and it will not be looked to to ascertain
when the cause of action accrued.

SAME.—*Limitation of Action.*—*Pleading.*—A plea of the six years' statute of
limitations to a complaint to set aside a fraudulent conveyance is good.

From the Decatur Circuit Court.

*J. S. Scobey,* for appellant.

*J. K. Ewing* and *C. Ewing, Jr.,* for appellee.

ELLIOTT, J.—The appellant's complaint charges that the
appellee is the grantee of a fraudulent conveyance, and seeks
to have the conveyance adjudged void and the land subjected
to the payment of a claim held by the appellant against the
grantor.   The appellee answered the six years' statute of
limitations, and the question for decision is as to the suffi-
ciency of this answer.

The demurrer admits the facts pleaded in the answer and
we can not look beyond these admitted facts to the aver-
ments of the complaint to ascertain when the cause of action
accrued.   Where an answer avers that the cause of action
did not accrue within six years, the plaintiff can not receive
aid from his complaint, for the demurrer admits that the
averments of the answer are true.

Our decisions settle the question adversely to the conten-
tion of the appellant, for they uniformly hold that a plea of
the six years' statute to a complaint to set aside a fraudulent
conveyance is good.   *Musselman* v. *Kent,* 33 Ind. 452 ; *Dun-
can* v. *Cravens,* 55 Ind. 525 ; *Sidener* v. *Galbraith,* 63 Ind.
89 ; *Baugh* v. *Boles,* 66 Ind. 376 ; *Wilhite* v. *Hamrick,* 92

Ind. 594 (599). We can not depart from what was said in *Baugh* v. *Boles, supra,* to be the settled rule.

Filed Feb. 25, 1890; petition for a rehearing overruled March 1, 1890.